No. 6271.—LÓPEZ VDA. DE BUSTELO, aplda., v. SUCESORES DE JOSÉ MARÍA ORTIZ, aplte.—C. D. Humacao. Febrero 14, 1933.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

Interpuesta esta apelación el 29 de diciembre de 1932 sin que la apelante haya solicitado que la transcripción de la evidencia sea

hecha por el taquígrafo, sin que haya presentado exposición del caso ni obtenido prórroga para ello y sin que haya presentado en este tribunal la transcripción de los autos, se desestima esta apelación, como solicita la parte apelada.